IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JERRY COURTNEY                                                                    PLAINTIFF

vs.                                    NO: 3:07CV00153BSM

IDLE AIRE TECHNOLOGY                                                  DEFENDANT

## ORDER

Defendant has filed a motion to stay pursuant to 11 U.S.C. § 362, stating that it has filed a Chapter 11 petition in United States Bankruptcy Court for the District of Delaware.

The motion for stay (Doc. No. 38) is hereby granted. The Clerk is directed to administratively terminate this case without prejudice to the rights of the parties to reopen this case for good cause shown, for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation. This case will, however, be reopened only if an application to reopen is filed within sixty (60) days of the final disposition of the Bankruptcy proceeding. If no timely motion to reopen is filed, this order shall be deemed a final order of dismissal with prejudice as to all claims made in this case.

IT IS SO ORDERED this 10th day of July, 2008.

_____
UNITED STATES DISTRICT JUDGE